767 A.2d 480

JOHN DOUGLAS CARROLL, PLAINTIFF–RESPONDENT, v. UNIT-
ED AIRLINES, INC., ETC., ET AL., DEFENDANTS–RESPON-
DENTS, v. JSS, INC., THIRD PARTY–DEFENDANT MOVANT.

December 7, 2000.

Leave to appeal is granted, and the matter is summarily re-
manded to the Appellate Division to hear the appeal on the merits.

767 A.2d 481

ISAAC WRIGHT, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE
OF NEW JERSEY, DEFENDANTS, AND SOMERSET COUNTY,
DEFENDANT–THIRD–PARTY PLAINTIFF–MOVANT.

December 7, 2000.

Leave to appeal is granted.

767 A.2d 481

ISAAC WRIGHT, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE
OF NEW JERSEY, DEFENDANT–RESPONDENT, AND SOM-
ERSET COUNTY, DEFENDANT–THIRD–PARTY PLAINTIFF–
MOVANT.

December 7, 2000.

Leave to appeal is granted.